**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 02-2099**

————————

JERRY L. BISHOP,

 Plaintiff - Appellant,

 versus

PEPPERTREE RESORTS, LTD., a/k/a Equivest
Resorts Incorporated, a/k/a Equivest Finance,
a/k/a Equivest Financial, Incorporated, a/k/a
Equivest,

 Respondent - Appellee.

————————

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Lacy H. Thornburg,
District Judge. (CA-01-87-1-T)

————————

Submitted:  January 16, 2003          Decided:  March 13, 2003

————————

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Jerry L. Bishop, Appellant Pro Se.  Earl Thomison Holman, ADAMS,
HENDON, CARSON, CROW & SAENGER, P.A., Asheville, North Carolina,
for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry L. Bishop appeals the district court's orders accepting the recommendation of the magistrate judge and granting summary judgment to the Defendants in his age discrimination and retaliation suit and denying reconsideration of that order. We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Bishop v. Peppertree Resorts, Ltd.</u>, No. CA-01-87-1-T (W.D.N.C. July 25, 2002; Aug. 27, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>